UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



RECEIVED
JUL 1 9 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : | |
| OF THE UNITED STATES OF AMERICA : | |
| FOR A SEARCH WARRANT FOR THE : | |
| CHEEK CELLS/SALIVA (BUCCAL SWAB) : | Case No. 19-mc-119 (BAH) |
| OF MALIK WILKINS AKA : | |
| MALIK HASSAN WILKINS, : | **UNDER SEAL** |
| B/M, DOB: ▮▮▮▮, PDID#: ▮▮▮▮ : | |

### GOVERNMENT'S MOTION FOR UNSEALING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion requesting that the Court unseal this matter. The government states as follows:

1. On July 8, 2019, the government filed a Motion for Leave to Present Search Warrant to Chief Judge. ECF. Doc. 1. On July 9, 2019, the Court issued a Minute Order granting the government's Motion for Leave. On July 9, 2019 the Court reviewed the affidavit and issued a search warrant to obtain a buccal swab of Malik Wilkins; the Court also granted the government's motion to seal the search warrant. On July 17, 2019, Mr. Wilkins was indicted by a grand jury. *See* Case No. 19-cr-245, ECF Doc. 8.

2. With the indictment, the reasons set forth in the Motion to Seal are no longer applicable. The government seeks to have the matter unsealed so that it can provide Mr. Wilkins' counsel with the warrant and affidavit as part of its discovery obligations in case 19-cr-245. Additionally, the government wishes to cite to the Court's July 9, 2019 Minute Order in similar cases, but is currently unable to do so since it is under seal.

3. WHEREFORE, the government respectfully requests that this Court order the

1

unsealing this matter.

           Respectfully submitted,

           JESSIE K. LIU
           United States Attorney
           D.C. Bar No. 415793

By:  /s/ Dineen A. Baker
           Dineen A. Baker
           Assistant United States Attorney
           D.C. Bar No. 487820
           555 4th Street, Northwest
           Washington, D.C. 20530
           202-252-6954
           dineen.baker@usdoj.gov